dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of and Liquidate the Business of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. VEHICLE UNDERWRITING AGENCY, INC., and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of and Liquidate the Business of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. VEHICLE UNDERWRITING AGENCY, INC., and LAWRENCE MALAWISTA.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

ELAINE ROBERTS v. BEAUX-ARTS APARTMENTS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. MAX AARON and Others, Impleaded with ABE KESSLER and Others.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [See 243 App. Div. 594.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE COHEN, Appellant.— Judgment and orders affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents.

DANIEL HINES, Appellant, v. SAUDA CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ETHEL BUTTERWORTH, Also Known as Mrs. CHARLES BUTTERWORTH, Respondent, v. THE HOME INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), Respondent, v. 170 BROADWAY HOLDING CORPORATION (Formerly Known as 2–4 MAIDEN LANE CORPORATION) and Others, Defendants, Impleaded with JOHN W. REMER, as Trustee in Bankruptcy of CORNER BROADWAY-MAIDEN LANE, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ALFRED RAUSCH, Appellant, v. YELLOW TAXI CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes for reversal.

ANNA K. HANSEN, as Administratrix, etc., of HANS HANSEN, Deceased, Respondent, v. GEORGE COLON & COMPANY and Another, Appellants, Respondents, and Another, Defendant.— Judgment and order affirmed, with costs to the plaintiff against the defendants George Colon & Company and The Stone & Webster Building, Inc. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.